IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SINO STAR GLOBAL LTD., <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN HAOQING TECHNOLOGY CO., LTD., <br><br> Defendant. | **Civil Action No. 4:22-cv-980** <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION TO EXTEND SERVICE DEADLINE

WHEREAS, Plaintiff Sino Star Global Ltd. ("Plaintiff"), filed its Complaint (D.I. 1) against Defendant Shenzhen Haoqing Technology Co., LTD., ("Defendant") on November 18, 2022;

WHEREAS, Plaintiff refrained from formally serving Defendant with the summons and Complaint, but did give Defendant notice of suit by e-mail with a courtesy copy of the Complaint and associated documents;

WHEREAS, Plaintiff has not received a response from Defendant and is investigating alternative methods of service;

WHEREAS, the 90-day deadline, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, for service of the Complaint and summons is currently February 16, 2023;

THEREFORE, Plaintiff hereby requests that the deadline pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for service of the summons and Complaint be extended by 30 days, to March 18, 2023.

Dated: February 1, 2023

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon
jlennon@devlinlawfirm.com
Timothy Devlin
tdevlin@devlinlawfirm.com
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff Sino Star Global Ltd.*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 1, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in the above-referenced matter.

              */s/ James M. Lennon*
              James M. Lennon